```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**LESLIE EVANS,** :
:
    **Petitioner,** :
:
**vs.** : CIVIL ACTION NO. 11-00544-KD-B
:
**CARTER F. DAVENPORT,** *et al.*, :
:
    **Respondents.** :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 22nd of March, **2012.**

                                              **s/ Kristi K. DuBose**
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**