IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLIE EVANS, | : |
| | : |
|     Petitioner, | : |
| | : |
| vs. | : CIVIL ACTION NO. 11-00544-KD-B |
| | : |
| CARTER F. DAVENPORT, *et al.*, | : |
| | : |
|     Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(2) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner's Motion for a Certificate of Appealability is hereby **DENIED**.

DONE this 4th day of June, **2012**.

> **s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**