```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| **LESLIE EVANS,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 11-00544-KD-B |
| **CARTER F. DAVENPORT,** *et al.*, | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to Petitioner Leslie Evans' Motion for Leave to Appeal *In Forma Pauperis* (Doc. 24), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **CERTIFIED** that this appeal is not taken in good faith.

Accordingly, Evans' Motion for Leave to Appeal *In Forma Pauperis* (Doc. 24) is **DENIED**.

**DONE** this 29th day of June, **2012**.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**